1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT
                  WESTERN DISTRICT OF WASHINGTON
9                              AT TACOMA
10

11   JOHN GARRETT SMITH,                    CASE NO. 3:23-cv-05142-TL-JRC

12                   Petitioner,            ORDER ADOPTING REPORT
            v.                              AND RECOMMENDATION
13
     STATE OF WASHINGTON,
14
                     Respondent.
15

16

17       Having reviewed the Report and Recommendation of Magistrate Judge J. Richard

18  Creatura and the remaining record, and no objections or responses to the Report and

19  Recommendation having been filed, the Court does hereby find and ORDER:

20       (1)   The Report and Recommendation (Dkt. No. 5) is ADOPTED.

21       (2)   Petitioner's federal habeas petition is DISMISSED for lack of jurisdiction.

22       (3)   Petitioner's motion for leave to proceed *in forma pauperis* is DENIED as moot.

23       (4)   A certificate of appealability is DENIED in this case.

24

ORDER ADOPTING REPORT
AND RECOMMENDATION - 1

1     (5)     The Clerk is DIRECTED to send copies of this Order to Petitioner and to the

2         Honorable J. Richard Creatura.

3     Dated this 18th day of April 2023.

                                Tana Lin
                                United States District Judge

ORDER ADOPTING REPORT
AND RECOMMENDATION - 2